# KELLER & GOGGIN P.C.

*ATTORNEYS AT LAW*
**SUITE 1108
1420 WALNUT STREET
PHILADELPHIA, PA 19102
(215) 735-8780 FAX (215) 735-5126
1-800-666-FELA
www.keller-goggin.com**

| | |
|---|---|
| **ROBERT GOGGIN, III\*** | **\*Admitted PA** |
| **JAMES DUCKWORTH\*\*+** | **\*\*+Admitted PA-NJ-DC** |

June 20, 2023

*Via* **ECF Filing ONLY**
Honorable Kim R. Gibson
United States District Court
 for the Western District of Pennsylvania
208 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

  Re: **Steven Newland vs. Norfolk Southern Railway Company**
     **USDC Western District of Pennsylvania, No.: 3-18-cv-22**

Your Honor:

  Please be advised that the above captioned matter has settled between the parties and that the *Daubert* and Pre-trial hearing scheduled for June 21, 2023, do not need to go forward.

  Thank you for your courtesies in this matter.

              Respectfully,

              */s/ James M. Duckworth*
              JAMES M. DUCKWORTH

JMD/pam

cc: J. Lawson Johnston, Esquire (via ECF ONLY)
   Maria V. Carr, Esquire (via ECF ONLY